# UNITED STATES DISTRICT COURT
## District of Minnesota

Maria de los Angeles Ramos de Vasquez,

Petitioner,

v.

Pamela Bondi, Kristi Noem, Todd M. Lyons,
David Easterwood,

Respondents.

**JUDGMENT IN A CIVIL CASE**

Case Number: 26cv1233 MJD/DLM

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

This action is **DISMISSED with prejudice** as duplicative of Ramos de Vasquez v. Bondi et al*,* 26-cv-01224 (JWB/DLM).

Date: 2/14/26

KATE M. FOGARTY, CLERK